17 F.3d 647w
 62 USLW 2577
 FISHER BROS. SALES, INC., Appellant in 93-1182,
v.
UNITED STATES of America.
Julia Saavedra BALMACEDA; Aandres Munoz Torres; Abalos
Labbe Juan Pablo; Abatte Osorio Hons.; Abdon M. Alvarez;
Abraham Sabaj Nallar; Abrigo Olivos Rodemil; Acevedo Duran
Osvaldo Hernan; Acosta Ramirez Carlos; Victoriano Acuna
Contreras; Marco Heribeto Acuna Montero; Javier Acuna
Gonzalez; Mardones Adolfo Riveros; Adriana Rodriguez
Larragana; Agr Henriquez y Varela; Agr Kiwi Masters Ltda;
Agric Morande Lavin Ltda; Agric Caiquenes Ltda; Agric
Carvallo Ltda; Agric Cerrillo Ltda; Agric Chorombo Ltda;
Agric Cotiella Ltda; Agric Del Alto Ltda; Agric Del Valle
Ltda; Agric El Espino N12, et al., Appellants in 93-1205,
v.
UNITED STATES of America.
CARBEN, INC., Appellant in 93-1206,
v.
UNITED STATES of America.
COMPANIA SUD AMERICANA DE VAPORES S.A., Appellant in 93-1207,
v.
UNITED STATES of America.
NEW MARKET INVESTMENT CORPORATION, Appellant in 93-1208,
v.
UNITED STATES of America.
GUZMAN Y DEL REAL, LIMITRADA, individually and as class representative,
v.
UNITED STATES of America,
Guzman Y Del Real, Limitrada, Appellant in 93-1209.
 Nos. 93-1182, 93-1205 to 93-1209.
 United States Court of Appeals,
Third Circuit.
 Argued Sept. 23, 1993.
Decided Feb. 25, 1994.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION